1

2

3

4

5

6

7                   UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF WASHINGTON

9  PITMAN F. STRATTON and ANGELA A. )
   STRATTON,                        )    NO.   CV-11-5084-LRS
10                                  )
                      Plaintiffs,   )
11                                  )    **ORDER GRANTING DEFENDANT'S**
      -vs-                          )    **MOTION FOR SUMMARY JUDGMENT**
12                                  )
   ARMADA CORP.,                    )
13                                  )
                      Defendant.    )
14 _____ )

15    BEFORE THE COURT is the motion for summary judgment by defendant

16 Armada Corp. (ECF No. 8), filed on January 10, 2012 and noted without

17 oral argument.

18 **I.  BACKGROUND**

19    Defendant's summary judgment motion was filed January 10, 2012 and

20 noted for hearing, without oral argument, on March 2, 2012. A

21 "Certificate of Service" executed January 10, 2012 (ECF No. 8, at 2)

22 indicates the motion was served by ECF notification upon counsel for the

23 plaintiffs.  Plaintiffs have yet to file any response to the motion.

24 Local Rule 7.1(c)provides an opposing party with 21 calendar days after

25 service to serve and file a responsive memorandum.  Assuming plaintiffs'

26 counsel was served with the summary judgment motion on January 10, 2012,

27

28

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT - 1

plaintiffs were required to serve and file a response no later than January 31, 2012.

Local Rule 7.1(e) states that a failure to timely file a memorandum of points and authorities in opposition to any motion may be considered as consent to the entry of an order adverse to the party in default. Furthermore, plaintiffs' failure to file a statement of material facts in opposition to defendant's statement of material facts allows the court to assume the facts as claimed by defendant are admitted to exist without controversy. See Local Rule 56.1(d).

**II.  DISCUSSION**

This is a Fair Debt Collection Practices Act case, wherein plaintiffs assert causes of action under the Washington Collection Agencies Act (WCAA), the Washington Consumer Protection Act (CPA), the Fair Debt Collection Practices Act (FDCPA) and the Fair Credit Reporting Act (FCRA). Defendant requests an order granting its motion for summary judgment dismissing plaintiffs' claims because there is no evidence of any violation of the WCAA, CPA, FDCPA or FCRA.

The court has reviewed defendant's memorandum in support of its motion for summary judgment and the declarations of George E. Telquist and Peggy Beck. Although it is not clear from the Complaint, defendant asserts plaintiffs' complaint is that the defendant Armada violated Mr. Stratton's rights when Armada allegedly misrepresented that Stratton had been sued in August 2010. Defendant asserts that plaintiffs mistakenly believed the initial lawsuit was commenced in October 2010. The lawsuit in state court, however, was commenced but not yet served in August 2010, according to the undisputed facts.

As for the alleged violations of the WCAA or the CPA, Defendant Armada asserts that there is no evidence, beyond the conclusory statements or

1  "bare bone assertions" by plaintiffs, that there were any violations.

2  Next, plaintiffs allege Armada violated the FCRA by simply requesting a

3  credit report.  Defendant Armada asserts it was authorized to obtain a

4  consumer credit report under 15 U.S.C. § 1681b(a)(3)(A), as the services

5  sought by the Strattons were for a chiropractor and dentist.

6       Accordingly, the court finds that plaintiffs' claims should be

7  dismissed, based on the lack of opposition by plaintiffs and the

8  undisputed material facts of record.

9

10      **IT IS ORDERED** that:

11      1.  Defendant Armada Corp.'s Motion For Summary Judgment, ECF No.

12  8, filed on January 10, 2012, is **GRANTED.**

13      **IT IS SO ORDERED.**  The District Executive is directed to file this

14  Order, enter Judgment in favor of the Defendant, furnish copies to

15  counsel, and close this file.

16

17      **DATED** this 9th of March, 2012.

18                                    *s/Lonny R. Suko*

19                        _____

20                                    LONNY R. SUKO
                               United States District Judge
21

22

23

24

25

26

27

28

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT - 3