AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

PITMAN F. STRATTON and ANGELA A. STRATTON,

                        Plaintiffs,

                 v.

ARMADA CORP.,

                     Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5084-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Granting Defendant's Motion for Summary Judgment entered on March 9, 2012, ECF No. 15.

3/9/2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas

*(By) Deputy Clerk*

Cora Vargas